# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:

Joseph Katz

Bankruptcy Case No.: 26–22533–shl

**Debtor\***

CHAPTER: 7

Social Security No.: xxx–xx–0000
Taxpayer ID/Employer ID/Other Nos.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above–named debtor:

A petition under title 11, United States Code was filed against you on 5/22/26 in this Bankruptcy Court, requesting an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

**Address of Clerk:**

> **United States Bankruptcy Court**
> **Southern District of New York**
> **300 Quarropas Street**
> **White Plains, NY 10601**
> **www.nysb.uscourts.gov**

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

> **Chaim Donner**
> **18 Forshey Rd**
> **Monsey, NY 10952**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).
If you fail to respond to this Summons, an order for relief will be entered.

Vito Genna

*Clerk of the Court*

Dated: 5/22/26

By: /s/  Ana G. Vargas

*Deputy Clerk*

\*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.