UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

Joseph Katz

          Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 26-22533-shl
(Chapter 7)

Assigned to:
Hon. Sean H. Lane
Bankruptcy Judge

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of LoanCare, LLC in the within proceeding with regard to its interest in the property known as 10 Adele Boulevard, Spring Valley, NY 10977.

     Please send copies of all Notices and all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    June 5, 2026
          Williamsville, New York

Yours,
GROSS POLOWY LLC
Attorneys for LoanCare, LLC

Kathy M McCullough-Day, Esq.
Gross Polowy LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
Telephone (716) 204-1700

TO:

   Joseph Katz                    Pro-Se
   10 Adele Blvd
   Spring Valley, NY 10977

By ECF:

   Clerk, United States Bankruptcy Court
   Southern District Of New York

   Alan Nisselson, Esq.            Chapter 7 Trustee